AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Kenneth Smith, a.k.a "Kenny Corn" | ) | Case No. |
| | ) | 6:19-mj- 1175 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 6, 2019__ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Possession with Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:

See Attached Affidavit

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Joshua Graham, DEA Task Force Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/12/19

_____
*Judge's signature*

City and state: Orlando, Florida

LESLIE R. HOFFMAN, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA

COUNTY OF ORANGE

CASE NO. 6:19-mj- 1175

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

The undersigned Joshua R. Graham, being duly sworn, hereby depose and state as follows:

1. I am a Task Force Agent ("TFA") with the Drug Enforcement Administration ("DEA"), Orlando District Office ("Orlando DO") High Intensity Drug Trafficking Area ("HIDTA") Group 2, and have been so assigned since October 2015.

2. I have participated in, and conducted investigations of, violations of various state and federal criminal laws, including unlawful possession of controlled substances with intent to distribute, distribution of controlled substances, use of communication facilities to commit narcotics offenses, conspiracy to import controlled substances, and money laundering. Those investigations have resulted in the arrests of individuals who have smuggled, received, and distributed controlled substances, including cocaine, marijuana, heroin, and methamphetamine.

3. I have been employed by the Winter Garden Police Department in Orange County, Florida since July 2009. In December 2011, I was promoted to the rank of Detective, and transferred to the Orange County

Sheriff's Office (OCSO) West Orange Narcotics Task Force (WONTF) through July of 2015. In October 2015, I was transferred to DEA Orlando DO HIDTA Group 2, where I remain to date.

4. I have conducted investigations concerning the identification of co-conspirators through the use of telephone records and bills, financial records, drug ledgers, and other pertinent documents. I have executed search warrants for controlled substances and have conducted surveillance in connection with numerous narcotics investigations.

5. I have debriefed and directed numerous confidential sources ("CSs"), cooperating witnesses ("CWs"), and sources of information ("SOIs") regarding narcotics investigations and the investigation of various crimes that arise from drug trafficking activities. I have directed numerous CSs and CWs to successfully infiltrate narcotics enterprises by way of intelligence gathering, participation in consensual recordings and monitored purchases of controlled substances.

6. I am familiar with the ways in which narcotics traffickers conduct their business, including methods of importing and distributing narcotics, money laundering, the use of telephones to facilitate their illegal acts, and the use of codes to conduct drug transactions.

7. This affidavit is based upon knowledge that I have acquired during an investigation of drug distribution activities and illegal firearm use and possession committed by Kenneth SMITH (a/k/a "Kenny Corn") in the Middle District of Florida. This affidavit is based upon my personal knowledge, my training and experience as a law enforcement officer, information that I received from other law enforcement officers and agents, and information I received from other investigative means, including surveillance, controlled phone calls, confidential sources, and undercover agents. Since this affidavit is being submitted for the limited purpose of issuing a criminal complaint against SMITH, I have not included each and every fact known concerning this investigation.

## Facts Establishing Probable Cause

8. In September 2018, DEA HIDTA Group 2 learned of the drug trafficking activities of Kenneth SMITH (SMITH) in the Winter Garden, Florida area. Throughout the investigation, agents learned that SMITH was distributing various narcotics, to include cocaine and heroin, from his residence located at 240 Hennis Road, Apartment C, Winter Garden, Florida 34787.

9. On February 8, 2019, OCSO responded to 240 Hennis Road, Apartment C, Winter Garden, Florida 34787, in reference to a fatal overdose.

3

Upon arrival, agents learned that a female, known in this affidavit as "C.M.", was found unresponsive and deceased in the above listed address by SMITH. Specifically, C.M.'s body was found on top of SMITH's bed in Apartment C. As the medical examiner removed C.M. from the bed, agents observed two small, clear empty bags on the bed. These types of bags are commonly used to package narcotics. A hypodermic needle was located near a safe just past the foot of the bed where C.M. was located. On February 9, 2019, OCSO executed a search warrant at 240 Hennis Road, Apartment C, Winter Garden, Florida 34787. The warrant, which was authored by OCSO Agent James Avila, was obtained through the 9th Judicial Circuit Court of Florida. A search of the apartment revealed multiple handgun magazines and numerous rounds of ammunition. A criminal background check revealed that SMITH had numerous prior felony convictions. Each of the items were seized and placed into OCSO Evidence for safekeeping.

10. On February 18, 2019, OCSO deputies conducted a traffic stop on an individual leaving the area of 240 Hennis Road. The driver of the vehicle, identified hereafter as Source of Information-1 (SOI-1) indicted that he/she had information regarding SMITH who resided at 240 Hennis Road. SOI-1 stated that SMITH was in possession of cocaine, MDMA, marijuana, crack cocaine, and heroin. SOI-1 further stated that SMITH was known to

keep firearms in his room, and would also fire said firearms "in the air" at random times. SOI-1 advised he/she had purchased crack cocaine from SMITH within the past week.

11. On February 19, 2019, OCSO deputies conducted a traffic stop on an individual leaving the area of 240 Hennis Road. The driver of the vehicle, identified hereafter as Source of Information-2 (SOI-2), advised that he/she lived in the area of 240 Hennis Road. SOI-2 advised that SMITH resided at 240 Hennis Road and was known to sell narcotics from his apartment. SOI-2 informed deputies that he/she had previously purchased cocaine from SMITH while inside of SMITH's apartment. Specifically, SOI-2 advised he/she purchased narcotics from SMITH on February 15, 2019. SOI-2 advised he/she has seen SMITH distribute various narcotics in the past to include marijuana, cocaine, heroin, crack cocaine, pills, and molly (MDMA). SOI-2 also advised that he/she has seen numerous firearms inside of SMITH's apartment while purchasing narcotics.

12. On February 20, 2019, OCSO and DEA HIDTA Group 2 agents conducted a controlled purchase from SMITH at 240 Hennis Road, Apartment C, Winter Garden, Florida 34787. With the use of an OCSO confidential source, hereafter referred to as CS-1, agents attempted to purchase heroin from SMITH inside of SMITH's apartment. SMITH informed CS-1

that he/she did not have any heroin, at which time CS-1 purchased .2 grams of "crack" cocaine from SMITH. CS-1 and his/her vehicle were searched prior to and in conclusion of the transaction by OCSO agents. A presumptive field test yielded positive results for the presence of cocaine. Agents reviewed a video obtained by the CS-1 during the transaction and positively identified SMITH as the individual who sold CS-1 the "crack" cocaine.

13. On March 6, 2019, OCSO and DEA HIDTA Group 2 executed a search warrant at 240 Hennis Road, Apartment C, Winter Garden, Florida 34787. The warrant, which was authored by OCSO Deputy Gregory Henry, was obtained through the 9th Judicial Circuit Court of Florida. Upon entry, arresting deputies located SMITH, who was sole occupant, inside of Apartment C. A search incident to arrest revealed 17.5 grams of heroin, six grams of cocaine, and $860 in cash on SMITH's person. Of the heroin in SMITH's pocket, 12.2 grams was packaged in 15 small plastic bags known as "dime bags." A subsequent search of Apartment C revealed, among other things, 31.5 grams of Ketamine, numerous other unidentified pills, empty dime bags, a digital scale, a coffee grinder, a 9mm Glock handgun with 13 rounds of ammunition found resting on SMITH's bed, and numerous other live and spent rounds of ammunition. OCSO Deputies read SMITH his Miranda rights, at which time he stated the heroin and cocaine located on his

person belonged to him. SMITH stated that the narcotics were for personal use, but also stated he would sell narcotics from his apartment when he had "extra." SMITH stated that the firearm was not his, but he was "holding it for a friend."

14. In my training and experience, the quantities of controlled substances recovered and the packaging and distribution materials recovered are consistent with the distribution of controlled substances.

15. Based upon the information detailed above, I submit that probable cause exists to believe that Kenneth SMITH possessed with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1).

This concludes my affidavit.

_____
Joshua R. Graham
Task Force Agent
Drug Enforcement Administration

Subscribed and sworn before me
this 12 day of March, 2019.

_____
LESLIE R. HOFFMAN
United States Magistrate Judge